IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-726-2 |
| | § | |
| EDDIE LOPEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 46). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 27, 2011, at 9:00 a.m.** Objections to the presentence report are due by September 13, 2011.

SIGNED on August 1, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge